UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY SCOTT STEELE,

Petitioner,

vs.  Case No. 3:10-cv-619-J-20MCR

SECRETARY, DOC, et al.,

Respondents.

## ORDER

Petitioner's August 18, 2011, Motion for an Order of Stay (Doc. #25) is **DENIED**. As noted by Respondents, Petitioner cannot add additional claims as they would be untimely and would not relate back to the original exhausted claim. See Respondents' Response to Motion to Stay (Doc. #27) at 2.

**DONE AND ORDERED** at Jacksonville, Florida, this _____ day of November, 2011.

UNITED STATES DISTRICT JUDGE

sa 11/9
c:
Jeffrey Scott Steele
Ass't A.G. (Pate)